UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

    -against-

N.Y.P.D., et al.,

               Defendants.

20-CV-5769(CM)

CIVIL JUDGMENT

    Pursuant to the order issued July 27, 2020, denying Plaintiff leave to file this action,

    IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), and the February 14, 2020 order in *Frost v. NYPD*, ECF 1:20-CV-0417, 5 (S.D.N.Y. Feb. 14, 2020).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 27, 2020
           New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge